## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

TEXAS PRECIOUS METALS, LLC,

    *Plaintiff,*

V.

KELLY HANCOCK, IN HIS OFFICIAL
 CAPACITY AS ACTING TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS, AND
MACY DOUGLAS, IN HER OFFICIAL CAPACITY
AS ADMINISTRATOR OF THE TEXAS BULLION
DEPOSITORY,

    *Defendants.*

CASE NO.   1:26-cv-513

### INDEX OF DOCUMENTS FILED IN STATE COURT

| | | |
|---|---|---|
| 1. | 2/4/2026 | Plaintiff's Original Petition |
| 2. | 2/5/2026 | Notice of Hearing, Plaintiffs' Application for Temporary Restraining Order |
| 3. | 2/10/2026 | Defendants' Notice of Appearance of Counsel – Ali M. Thorburn |
| 4. | 2/10/2026 | Defendants' Notice of Appearance and Designation of Attorney in Charge– David Bryant |
| 5. | 2/10/2026 | Defendants' Notice of Appearance of Counsel – Munera Al-Fuhaid |
| 6. | 2/10/2026 | Defendants' Notice of Appearance of Counsel – Alexia K. Baker |
| 7. | 2/11/2026 | Non-Party U.S. Gold Bureau LLC's Objections to Subpoena Duces Tecuma and Motion for Protective Order |
| 8. | 2/11/2026 | Non-Party U.S. Gold Bureau LLC's Amended Objections to Subpoena Duces Tecuma and Motion for Protective Order |
| 9. | 2/12/2026 | State Defendants' Opposed Motion to Quash Non-Party Subpoena and for Entry of Protective Order |

| 10. | 2/12/2026 | Notice of Hearing on Plaintiffs' Application for Temporary Injunction |
| 11. | 2/19/2026 | Rule 11 Agreement |
| 12. | 2/20/2026 | State Defendants' Original Answer |
| 13. | 2/20/2026 | State Defendants' Plea to the Jurisdiction |
| 14. | 2/20/2026 | Notice of Hearing on State Defendants' Plea to the Jurisdiction |
| 15. | 2/24/2026 | Rule 11 Agreement |
| 16. | 2/25/2026 | Agreed Confidentiality and Protective Order |
| 17. | 2/27/2026 | Plaintiffs' Response to Defendants' Plea to the Jurisdiction and Brief in Support of its Motion for Temporary Injunction |
| 18. | 3/02/2026 | Notice of Removal |