## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS PRECIOUS METALS, LLC | § | |
| | § | |
| v. | § | Civil No. 1:26-cv-00513-DAE |
| | § | |
| R KELLY HANCOCK and MACY DOUGLAS | § | |

## O R D E R

The above captioned cause, having been removed to this Court on March 02, 2026 from the 459th Judicial District Court, Travis County, TX, D-1-GN-26-000754 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 5th day of March 2026.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE